United States District Court
For the Northern District of California

**\*E-FILED 4/6/06\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN E. SNYDER, as Trustee for THE LIQUIDATION OF CONSOLIDATED INVESTMENT SERVICES, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>FLOWORKS, INC.,<br><br>    Defendant.<br>_____/ | No. C 04-02926 RS<br><br>**ORDER SETTING STATUS CONFERENCE** |

Pursuant to the order filed on May 4, 2005, the above-entitled action was stayed pending completion of arbitration before Judge Reed Ambler. The parties are ordered to appear before the Court for a status conference on **June 21, 2006 at 2:30 p.m.** to discuss the status of this case. A joint status report shall be filed no later than June 14, 2006.

IT IS SO ORDERED.

Dated: April 6, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER SETTING STATUS CONFERENCE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Spencer T Denison    spencer.denison@hro.com, susan.raymond@hro.com

J. Mark Dunbar    mdunbar@dunbarlaw.com,

James Wesley Kinnear    wesley.kinnear@hro.com, alice.tam@hro.com

Adria Yvonne LaRose    larosea@hro.com

Paula Quintiliani    paula.quintiliani@hro.com, jill.wilkinson@hro.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 4/6/06

                               /s/ BAK
                               Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California