**\*E-FILED 6/19/06\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN E. SNYDER, as Trustee for THE LIQUIDATION OF CONSOLIDATED INVESTMENT SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FLOWORKS, INC.,<br><br>Defendant.<br>_____/ | No. C 04-02926 RS<br><br>**ORDER VACATING STATUS CONFERENCE** |

Based on the joint status report filed by the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that this action shall remained stayed pending entry of Judge Reed Ambler's arbitration award. Within five (5) court days following the entry of Judge Ambler's award, the parties shall either file a stipulation of dismissal or contact the court to schedule a further case management conference to discuss any further action concerning the award.

The status conference scheduled for June 21, 2006 is hereby vacated.

Dated: June 19, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER VACATING STATUS CONFERENCE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Spencer T Denison    spencer.denison@hro.com, susan.raymond@hro.com

J. Mark Dunbar    mdunbar@dunbarlaw.com,

James Wesley Kinnear    wesley.kinnear@hro.com, alice.tam@hro.com

Adria Yvonne LaRose    larosea@hro.com

Paula Quintiliani    paula.quintiliani@hro.com, jill.wilkinson@hro.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 6/19/06

          /s/ BAK
    Chambers of Magistrate Judge Richard Seeborg

ORDER VACATING STATUS CONFERENCE     2