*E-Filed 2/20/2007*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN E. SNYDER, | NO. C 04-02926 (RS) |
| Plaintiff, | **ORDER SHORTENING TIME** |
| v. | |
| FLOWORKS, INC., | |
| Defendant. | |

Before the Court is plaintiff's request for an order shortening time under Civil Local Rule 6-3. Defendant has filed no opposition. Good cause appearing, and taking into account the calendar of the Court, the time for briefing and hearing plaintiff's motion to confirm the arbitration award and for judgment, and plaintiff's motion to certify the judgment shall be shortened as follows:

(1) Any oppositions to the motions shall be filed and served no later than March 14, 2007.

(2) Any replies shall be filed and served no later than March 19, 2007.

1

1    (3) The motions shall be heard on March 21, 2007 at 9:30 a.m., before the Honorable Richard Seeborg, in Courtroom 4.

IT IS SO ORDERED.

Dated: February 26, 2007

/s/
Howard R. Lloyd
United States Magistrate Judge

**United States District Court**
For the Northern District of California