**E-FILED on** __5/24/07__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN E. SNYDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLOWORKS, INC.,<br><br>　　　　Defendant. | No. C-04-02926 RMW<br>JAMS Ref. No. 1110008572<br><br>ADOPTING THE REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTIONS TO (1) CONFIRM ARBITRATOR AWARD AND (2) CERTIFY JUDGMENT UNDER 28 U.S.C. § 1963<br>**[Re Docket Nos. 45, 46]** |

　　　Plaintiff Stephen Snyder, in his capacity as Trustee for the liquidation of Consolidated Investment Services, Inc., moves to confirm the award of an arbitrator entered in this dispute. He also moves the court to enter judgment on that award and to certify that judgment under 28 U.S.C. § 1963 to permit the judgment to be registered and enforced in other states.

　　　Although the parties appeared to agree to consent to proceeding before a magistrate judge, interlineation in defendant's consent form led to concerns that defendant had not, in fact, consented. In addition to participating in two case management conferences before Magistrate Judge Seeborg, the parties also were heard on plaintiff's motion for summary judgment. Pursuant to that motion,

ADOPTING THE REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTIONS TO (1) CONFIRM ARBITRATOR AWARD AND (2) CERTIFY JUDGMENT UNDER 28 U.S.C. § 1963—No. C-04-02926 RMW, JAMS Ref. No. 1110008572
MAG

1  Judge Seeborg determined that defendant Floworks was to submit the amount of payment to
2  arbitration. After the parties were unable to agree on an arbitrator, Judge Seeborg appointed Hon.
3  Read Ambler (Ret.), who both sides agreed was acceptable.

4  The arbitrator entered his final arbitration award on February 13, 2007 in favor of Snyder in
5  the amount of $1,500,000 plus prejudgment interest in the amount of $266,671.11 and costs in the
6  amount of $44,997.97. Snyder filed a motion to confirm the arbitrator's award and enter judgment
7  thereon. He also filed a motion to certify the judgment under 28 U.S.C. § 1963 to permit it to be
8  registered in other states.

9  Although it was clear that the parties had consented to the jurisdiction of the magistrate judge
10 for purposes of the motion for summary judgment, it was not clear that such consent extended to
11 Snyder's motions to confirm the award and to certify any resulting judgment. Thus, on March 26,
12 2007, Magistrate Judge Seeborg issued a Report and Recommendation ("Report") recommending
13 that the district court grant plaintiff's motions. *See* Docket No. 60. The case was reassigned on
14 March 28, 2007 to this court.

15 The court, having reviewed *de novo* the Magistrate Judge's Report, and there being no
16 objections filed to the Report, adopts the Magistrate Judge's recommendations in full. The court
17 hereby grants plaintiff's motion to certify the arbitration award awarded to Snyder by Hon. Read
18 Ambler (Ret.). The court shall enter judgment on such amount and shall certify the judgment for
19 registration in other jurisdictions.

22 DATED:     5/21/07                          *Ronald M Whyte*
23                                             RONALD M. WHYTE
                                               United States District Judge

ADOPTING THE REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTIONS TO (1) CONFIRM ARBITRATOR AWARD AND (2) CERTIFY JUDGMENT UNDER 28 U.S.C. § 1963—No. C-04-02926 RMW, JAMS Ref. No. 1110008572
MAG                                             2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Spencer T. Denison | spencer.denison@hro.com jan.diggles@hro.com |
| James Wesley Kinnear | wesley.kinnear@hro.com alice.tam@hro.com;molly.morris@hro.com |
| Adria Yvonne LaRose | larosea@hro.com |
| Paula Quintiliani | paula.quintiliani@hro.com jill.wilkinson@hro.com |

**Counsel for Defendants:**

J. Mark Dunbar          mdunbar@dunbarlaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    5/24/07                                          /s/ MAG
                                                      **Chambers of Judge Whyte**

ADOPTING THE REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTIONS TO (1) CONFIRM ARBITRATOR AWARD AND (2) CERTIFY JUDGMENT UNDER 28 U.S.C. § 1963—No. C-04-02926 RMW, JAMS Ref. No. 1110008572
MAG                                                3